THE FIRST NATIONAL BANK of Hornellsville, N. Y., Respondent, *v.* JOHN HYLAND, Appellant.

(Argued December 10, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 4, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*W. A. Sutherland* for appellant.

*DeMerville Page* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

BENJAMIN F. CONKLIN et al., Appellants, *v.* THE PROSPECT PARK HOTEL COMPANY, Respondent.

(Argued December 10, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1888, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*S. Crowell* for appellants.

*G. H. Jones* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.